**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth Eugene McDANIEL, Defendant–Appellant.**

No. 01–6635.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 9, 2001.

Kenneth Eugene McDaniel, pro se. Brian Lee Whisler, Office of the United

States Attorney, Charlotte, NC, for appellee.

Before MICHAEL, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Kenneth Eugene McDaniel appeals from the district court's order denying his motion to amend his 28 U.S.C.A. § 2255 (West Supp.2001) motion. Our review of the record discloses no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. McDaniel,* Nos. CR–94–111; CA–00–90–3–MU (W.D.N.C. filed Mar. 21, 2001; entered Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*